IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTY KOLLAR, | § § § | |
| Plaintiff | § § | |
| v. | § § § | NO. 1:22-cv-231 |
| BLACK BOX SERVICES COMPANY AND AGC NETWORKS | § § § | |
| Defendants. | § § § | |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Black Box Services Company ("Black Box") and AGC Networks, LLC[1] (individually "AGC" and, collectively with Black Box, the "Defendants") file this Notice of Removal of the above-entitled action from the 200th District Court in Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, based on diversity jurisdiction. In support, Defendants show as follows:

### I.    PROCEDURAL BACKGROUND

On January 28, 2022, Plaintiff Christy Kollar ("Kollar") filed this civil action, Cause No. D-1-GN-22-000491, in the 200th District Court of Travis County, Texas, styled *Christy Kollar v. Black Box Services Company and AGC Networks.  See* Ex. 1.

On February 7, 2022, AGC received Kollar's Original Petition via certified mail.  *See* Ex. 2. True and correct copies of all process, pleadings, and orders served upon Defendants are attached and filed with Defendants' Notice of Removal as Exhibits. 1 through 3 and are incorporated herein by reference.  All Defendants named and served have consented to removal.

---

[1] Kollar named "AGC Networks" in her Petition, but no such entity exists. AGG Networks, LLC's sole member is Norstan Communication, Inc., a Minnesota corporation with its principal place of busines in Pennsylvania. AGC Networks never employed Plaintiff.

In this lawsuit, Kollar alleges that Black Box violated Tex. Labor Code Chapter 21 by discriminating against her on the basis of her age and gender and seeks monetary relief over $1,000,000. Ex. 1. Defendants now remove this case to federal court on the basis of diversity jurisdiction.

## II.    DIVERSITY JURISDICTION IS PROPER

This Court has diversity jurisdiction over Kollar's state law claims. Diversity jurisdiction exists in a civil matter when (1) the amount in controversy exceeds $75,000, exclusive of interest and costs, and (2) the dispute is between citizens of different states.  Both requirements are met in this case.  *See* 28 U.S.C. § 1332.

### A.  The Amount in Controversy Exceeds $75,000

When determining the amount in controversy, courts presume that the plaintiff prevails in all of her claims. *See*, *e.g.*, *Fields v. Keith*, 2000 WL 748152, at *6 (N.D. Tex. 2000).  Federal courts ordinarily determine the amount in controversy based on the specific "good faith" sum demanded by the plaintiff in her state court petition. *See* 28 U.S.C. § 1446(c)(2).

In this case, Kollar's Original Petition alleges that her damages are over $1,000,000, well above the minimum $75,000 required for diversity jurisdiction. Ex. 1.

### B.  Diversity of Citizenship Exists Because AGC is Improperly Joined

Diversity jurisdiction requires complete diversity. 28 U.S.C. § 1332. According to Kollar's Charge of Discrimination with the Texas Workforce Commission, she lives in Travis County and is a citizen of Texas. *See* Kollar's Charge of Discrimination attached as Exhibit 4.

For the purposes of diversity jurisdiction, a corporation is a citizen of its state of incorporation and the state in which it has its principal place of business. 28 U.S.C. § 1332(c)(1).  Black Box is a citizen of Delaware and Pennsylvania because it is incorporated in Delaware and has its principal place of business in Pennsylvania. As such, Black Box is diverse relative to Kollar.

**DEFENDANTS' NOTICE OF REMOVAL - Page 2**
4865-9699-5858.3 / 049409-1026

Unlike a corporation, a limited liability company's citizenship is determined by the citizenship of all of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). AGC Networks LLC's sole member is Norstar Communication, Inc., a corporation incorporated under the laws of Minnesota with its principal place of business in St. Lawrence, Pennsylvania. AGC Networks is therefore not a citizen of Texas and is diverse relative to Kollar.

### III.    PROCEDURAL ALLEGATIONS

The Western District of Texas, Austin Division is the federal district and division that embraces the 200th District Court of Travis County, Texas.  *See* 28 U.S.C. § 124(d)(3). Accordingly, removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446.

Defendants are filing this Notice of Removal within 30 days of being served with citation and a copy of Kollar's Original Petition from which it was first ascertainable that the case was removable to federal court. Therefore, removal to this Court is both proper and timely under 28 U.S.C. § 1446(b).

Finally, as required by 28 U.S.C. § 1446(d), a Notice to the State Court of Filing of Notice of Removal, together with a copy of this Notice of Removal, is being promptly filed in the 200th District Court in Travis County, Texas, and served on Plaintiff. A true and correct copy of the Notice to State Court of Filing Notice of Removal (without exhibits), is attached hereto as Exhibit 5.

### IV.    CONCLUSION

WHEREFORE, Defendants respectfully requests this action be removed from the 200th District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division, and seeks all such other and further relief to which it may be justly entitled.

Dated March 9, 2022                          Respectfully submitted,


                                             /s/ Eric L. Vinson
                                             Eric L. Vinson
                                             Texas Bar No. 24003115
                                             Federal ID No. 22186
                                             evinson@littler.com

                                             LITTLER MENDELSON, PC
                                             100 Congress Avenue, Suite 2126
                                             Austin, Texas  78701
                                             (512) 982-7250 (Telephone)
                                             (512) 982-7248  (Facsimile)

                                             **ATTORNEY FOR DEFENDANT**


                          **CERTIFICATE OF SERVICE**

        On the 9th day of March, 2022, I electronically submitted the foregoing document with the Clerk of the Court using the Electronic Case Filing system of the Court.  I hereby certify that I have served all parties, as follows:

        *Via Electronic Case Filing:*
        John F, Melton
        jmelton@jfmeltonlaw.com
        Michael W. Balcezak
        Michael@jfmeltonlaw.com
        The Melton Law Firm, P.L.L.C.
        925 South Capital of Texas Highway, Suite B-225
        Austin, Texas 78746
        (512) 330-0017 Telephone
        (512) 330-0067 Facsimile

        **ATTORNEYS FOR PLAINTIFF**


                                             /s/ Eric L. Vinson
                                             Eric L. Vinson



**DEFENDANTS' NOTICE OF REMOVAL - Page 4**
4865-9699-5858.3 / 049409-1026